United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 6, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-41807
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE GUADALUPE DUARTE-JIMENEZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:05-CR-1123-ALL
--------------------

Before REAVLEY, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Jose Guadalupe
Duarte-Jimenez raises arguments that are foreclosed by United
States v. Garcia-Mendez, 420 F.3d 454, 457 (5th Cir. 2005), cert.
denied, 126 S. Ct. 1398 (2006), which held that a Texas
conviction for burglary of a habitation was equivalent to
burglary of a dwelling and therefore was a crime of violence
under U.S.S.G. § 2L1.2, and by Almendarez-Torres v. United
States, 523 U.S. 224, 235 (1998), which held that 8 U.S.C.
§ 1326(b)(2) is a penalty provision and not a separate criminal

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

offense.  The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.